```
         UNITED STATES DISTRICT COURT  00-7309
         SOUTHERN DISTRICT OF FLORIDA

              Case No. _____      CIV-ZLOCH

                                              MAGISTRATE JUDGE
                                                 SELTZER
------------------------------------X
                                              NIGHT BOX
IN RE:  Request from Switzerland    )            FILED
        Pursuant to the Treaty      )
        Between the United States of)         SEP - 6 2000
        America and the Swiss       )
        Confederation on Mutual     )          CLARENCE MADDOX
        Assistance in Criminal Matters)      CLERK, USDC/SDFL/F.TL
        in the Matter of SEMYON DONSKOY,)
        ARIK KISLIN, and SEMYON KISLIN )
                                    )
------------------------------------X
```

APPLICATION FOR ORDER PURSUANT TO THE TREATY
ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND
<u>TITLE 28, UNITED STATES CODE, SECTION 1782</u>

The United States petitions this Court for an Order, pursuant to Articles 9 and 10(1) of the <u>Treaty between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters</u> (27 U.S.T. 2019), 28 U.S.C. §1782, and its own inherent authority, appointing Robin S. Rosenbaum as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Switzerland made



pursuant to the Treaty.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>By: *[signature]*
>Robin S. Rosenbaum
>Florida Bar No. 908223
>Assistant United States Attorney
>500 E. Broward Blvd., Suite 700
>Fort Lauderdale, FL 33394
>Tel: (954) 356-7255 ext. 3595
>Fax: (954) 356-7336

2

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

## I. (a) PLAINTIFFS
In re: Request from Switzerland Pursuant to the Treaty between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters

## DEFENDANTS
N/A

00-7309
CIV-ZLOCH
MAGISTRATE JUDGE
SELTZER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

NIGHT BOX FILED
SEP - 6 2000

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robin S. Rosenbaum, AUSA
500 E. Broward Blvd., Suite 700
Ft. Laud, FL 33394

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

ATTORNEYS (IF KNOWN)
00CV7309 Zloch/Seltzer

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

[nature of suit checkboxes - none marked]

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Mutual Legal Assistance Treaty (27 U.S.T. 2019; 28 USC 1782)

LENGTH OF TRIAL
via N/A days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 9-6-00
SIGNATURE OF ATTORNEY OF RECORD
Robin S. Rosenbaum

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____